# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

CLIFFORD THOMPSON,     )
    )
    )    CIVIL ACTION NO. 3:08-2794-HMH-JRM
    Petitioner,    )
    )
    )
v.     )    **ORDER**
    )
JON OZMINT, South Carolina    )
Department of Corrections,    )
WARDEN OF BROAD RIVER    )
CORRECTIONAL INSTITUTION,  )
    )
    Respondents.  )
_____)

       This case is on remand from the Fourth Circuit Court of Appeals. *See* <u>Thompson v. Ozmint</u>, 2010 WL 3069858 (4th Cir.). On or before September 24, 2010, Respondent shall file a supplemental brief addressing the issues of procedural default and exhaustion described in the opinion of the Fourth Circuit. Petitioner shall file a response brief on or before October 15, 2010.

       **IT IS SO ORDERED.**

                   _____
                   Joseph R. McCrorey
                   United States Magistrate Judge

August 25,  2010
Columbia, South Carolina